RECEIVED
MAY 2 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SHEREE SLAUGHTER | CIVIL ACTION NO.: 05-1812 |
| VERSUS | JUDGE DOHERTY |
| ERNEST BILLIOT, *individually & as a Police Officer for Jeanerette City Police, et al* | MAGISTRATE JUDGE METHVIN |

## **MEMORANDUM RULING**

Currently pending before this Court is a Motion to Dismiss Pursuant to Rule 12(b)(2) [Doc. 16], filed on behalf of the Jeanerette Police Department.

The Jeanerette Police Department seeks dismissal of plaintiff's claims against it on the basis that it is not a juridical person and, therefore, does not have the capacity to be sued.[1] Defendant also seeks an order commanding plaintiff to amend her First Complaint for Damages to delete reference to the "JEANERETTE POLICE DEPARTMENT" as a separate, independent and distinct juridical person. Plaintiff has not opposed the motion. Therefore, the Motion to Dismiss Pursuant to Rule 12(b)(2), appearing to be well-founded in law and fact and being unopposed by the plaintiff, and for the reasons stated in the Court's previous ruling [Doc. 13], is hereby GRANTED. All claims against the Jeanerette Police Department are DISMISSED WITH PREJUDICE. Furthermore, plaintiff is

---

[1] The Jeanerette Police Department previously filed a similar motion [Doc. 4] which was denied due to defendant's failure to carry it's burden of proof. (See memorandum ruling [Doc. 13]).

ORDERED to amend her First Complaint for Damages to delete reference to the "JEANERETTE POLICE DEPARTMENT" as a separate, independent and distinct juridical person.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___24___ day of May, 2006.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE